

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00536-CV

In re Dennis J. **MARTINEZ**

Original Mandamus Proceedings[1]

**ORDER**

On July 30, 2014, relator Dennis J. Martinez filed a petition for writ of mandamus and emergency motion for temporary relief. The court has considered relator's petition and the response filed on behalf of the real party in interest and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Janet P. Littlejohn is ORDERED to render an order granting relator's plea to the jurisdiction and vacating its temporary orders. The writ will issue only if we are notified that Judge Littlejohn has failed to render an order granting relator's plea to the jurisdiction and vacating the prior temporary orders as directed within ten days from the date of this order.

The temporary stay previously granted by this court will remain in effect until Judge Littlejohn has rendered an order granting relator's plea to the jurisdiction and vacating the prior temporary orders as directed in this order.

It is so **ORDERED** on October 15, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-08209, styled *57th Judicial District Court, Bexar County, Texas*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.